**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **THOMAS HAROLD NEWMAN,** | ) | |
| | ) | **CASE NO. 22-20814-JRS** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE SACCA** |

## <u>MOTION TO SUSPEND CHAPTER 13 PAYMENTS</u>

Comes now the Debtor and by and through counsel moves this Court for a suspension in Debtor's Chapter 13 plan payments and shows the Court as follows:

1.

This instant case was filed on or about August 25, 2022.

2.

Since the filing of the case, Debtor's financial condition and ability to maintain trustee payments have been compromised due to Debtor's motor vehicle. The motor vehicle needs a new engine.

3.

Debtor will resume his payments after the beginning of February 2025.

Therefore, Debtor prays that her plan payments be suspended for October 2024, November 2024, December 2024 and January 2025.

**WHEREFORE**, Debtor prays that their motion be granted, and the Court enter

an Order suspending the Debtor's plan payments for October 2024, November 2024,

December 2024 and January 2025.


This 14th day of October, 2024.

Respectfully Submitted,


/s/ Jeffrey B. Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:                              )          **CHAPTER 13**
**THOMAS HAROLD NEWMAN,**           )
                                    )          **CASE NO. 22-20814-JRS**
                                    )
**DEBTOR,**                         )          **JUDGE SACCA**


### NOTICE OF HEARING

      **PLEASE TAKE NOTICE** Debtor, **THOMAS HAROLD NEWMAN,** has filed a Motion to Suspend Chapter 13 Plan Payments Order and related papers with the Court seeking an order granting suspension of Debtor's Chapter 13 plan payments.

      **PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Motion to Suspend Chapter 13 Payments **at 9:40 am on November 21, 2024**, in Courtroom 103, United States Courthouse, 121 Spring Street SE, Gainesville, GA 30501, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 120, 121 Spring Street SE, Gainesville, GA 30501.  You must also mail a copy of your response to the undersigned at the address stated below.

This 14th day of October, 2024.

                                  /s/ Jeffrey B. Kelly
                                  Attorney for Debtor
                                  GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2024 I electronically filed the Motion to Suspend Chapter 13 Payments with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave. NE STE 120
Atlanta, GA 30303

Thomas Newman
9777 Doublehead Gap Rd
Blue Ridge GA 30513

*All parties on the attached matrix.*

This 14th day of October, 2024.

/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor
Georgia Bar No.  412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

Label Matrix for local noticing
113E-2
Case 22-20814-jrs
Northern District of Georgia
Gainesville
Mon Oct 14 07:36:00 EDT 2024

1st Franklin Financial
91 Highland Drive, Suite 106
East Ellijay, GA 30540-6279

1st Franklin Financial Corporation
Attn: Administrative Services
PO Box 880
Toccoa, GA 30577-0880

CBA/Credit Bureau Associates of Georgia
Pob 1095
Ellijay, GA 30540-0014

Colatech Capital LLC
3900 Crown Road, 16001
Atlanta, GA 30321-3602

Colatech Capital, LLC
Freeman Mathis & Gary, LLP
Attn: Travis Knobbe
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

Connie Stevens
172 Millis Stone Rd
Fairmount, GA 30139-4506

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
PO Box 9701
Allen, TX 75013-9701

GILMER COUNTY TAX COMMISSIONERS OFFICE
1 BROAD STREET STE 105
ELLIJAY, GA 30540-9045

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gilmer County Magistrate Court
1 Broad St #203
Ellijay, GA 30540-9049

Gilmer County Superior Court
1 Broad St
Ste 202
Ellijay, GA 30540-9049

Gilmer County Tax Commissioner
1 Broad Street
Suite 105
Ellijay, GA 30540-9045

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey Branan Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

Mini World Storage LLC
767 Progress Rd
Ellijay, GA 30540-5560

Thomas Harold Newman
9777 Doublehead Gap Rd
Blue Ridge, GA 30513-5218

Eric W. Roach
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303-1286

Trans Union
PO Box 1000
Chester, PA 19016-1000

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1216

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

End of Label Matrix
Mailable recipients      21
Bypassed recipients       0
Total                    21