**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Gainesville Division**

In Re: Debtor(s)
**Thomas Harold Newman**
9777 Doublehead Gap Rd
Blue Ridge, GA 30513

**xxx–xx–4206**

Case No.: **22–20814–jrs**
Chapter: **13**
Judge: **James R. Sacca**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   November 25, 2024

*James R. Sacca*

James R. Sacca
United States Bankruptcy Judge

Form 133a