**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

THOMAS HAROLD NEWMAN                    **CASE NO.:** G22-20814-JRS
9777 DOUBLEHEAD GAP RD
BLUE RIDGE, GA  30513                   **CHAPTER:** 13

**NOTICE CONCERNING YOUR PLAN PAYMENT CHANGE**

Your Chapter 13 Plan provides for a step increase in plan payments. The new plan payment will take effect on 02/25/2025  in the amount of $685.00. To avoid a Motion to Dismiss your case, please ensure that your new plan payment amount is remitted.

If your payments are being remitted by an Employer Deduction Order, the Order will need to be amended to reflect the new payment. Until your employer remits the new amount, you are responsible for the new plan payment amount.

You may mail your plan payment to my office at the address below; however, a more secure way to remit your payments is online.Visit my website for further information: **http://www.njwtrustee.com/debtor-resources/pay-online/.**

If you should have any questions and/or concerns regarding this payment change, please contact your attorney.

On the 31st day of January, 2025, this Notice was mailed to the Debtor(s) at the above address by first class mail.

Debtor's attorney has received a copy of this Notice through the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document.

Attorney for the Debtor(s):  LAW OFFICE OF JEFFREY B. KELLY, P.C.


  /s/
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941
Suite 120, Truist Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201