# STATUS OF CASE   G22-20814-JRS

Dated:  February 10, 2025

DEBTOR:
THOMAS HAROLD NEWMAN
9777 DOUBLEHEAD GAP RD
BLUE RIDGE, GA 30513

ATTORNEY:
LAW OFFICE OF JEFFREY B. KELLY, P.C.
107 E. 5TH AVENUE
ROME, GA  30161
(678) 861-1127

| | | | |
|---|---|---|---|
| Date Filed: | August 25, 2022 | Balance On Hand: | $631.91 |
| First Meeting Date: | October 07, 2022 | Total Paid In: | $14,042.00 |
| Bar Date: | January 05, 2023 | Total Monthly Pmt Amount: | $685.00 |
| Confirmation Date: | November 17, 2022 | Total Disbursed: | $13,410.09 |
| Case Status:    ACTIVE | | Unsecured Creditor Percentage: | $100.00% |

**The following information reflects the current status of your case. Payoff amounts, claim amounts and the status of claims are always SUBJECT TO AUDIT PRIOR TO PAYOUT.**

**This Status Report does not include future interest or future Trustee Fee.  ***
**You may not refinance or sell property without prior Court approval.**

**All lawsuits and settlements are required to be disclosed and approved by the Bankruptcy Court.  If you are involved in any lawsuit or cause of action, you MUST provide an update to your bankruptcy lawyer concerning the status of the lawsuit or any settlement.  Failure to do so may cause you to lose your right to any settlement proceeds.**

**Payments Received During the Last 6 Months :**

| | | | |
|---|---|---|---|
| August 12, 2024 | $583.00 | September 10, 2024 | $583.00 |
| February 10, 2025 | $685.00 | | |

**Claims:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| GA DEPT OF REVENUE | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| 1ST FRANKLIN FINANCIAL CORP( | Secured | $10,063.33 | $2,651.40 | $1,111.92 | $7,411.93 |
| COLATECH CAPITAL, LLC | Secured | $9,059.13 | $2,475.60 | $915.47 | $6,583.53 |
| CONNIE STEVENS | Secured | $0.00 | $0.00 | $0.00 | $0.00 |
| GILMER COUNTY TAX COMMISSI | Secured | $1,849.18 | $804.67 | $182.54 | $1,044.51 |
| CBA/CREDIT BUREAU ASSOCIATI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| EQUIFAX | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| EXPERIAN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| GILMER COUNTY TAX COMMISSI | Unsecured | $1,560.62 | $0.00 | $0.00 | $1,560.62 |
| MINI WORLD STORAGE LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| TRANS UNION | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**Administrative Costs:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| Trustee Fees | Priority | $935.49 | $935.49 | $0.00 | TBD * |
| Debtor Refund | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| Attorney Fees | Priority | $4,333.00 | $4,333.00 | $0.00 | $0.00 |
| Filing Fees | Priority | $0.00 | $0.00 | $0.00 | $0.00 |

**STATUS OF CASE G22-20814-JRS   THOMAS HAROLD NEWMAN**

**Notice is hereby given that information relating to your Chapter 13 Bankruptcy case will be made available on the internet to your creditors and other parties in interest.**

Pursuant to 11 U.S.C. § 1302(b)(1) and 704(7), your Chapter 13 Trustee has a duty, unless otherwise ordered by the Bankruptcy Court, to furnish information concerning the administration of your bankruptcy case as is requested by parties in interest.

In furtherance of this duty, the Chapter 13 Trustee will make information available to parties in interest who request information such as the following:

1)   Your name, address, bankrupcy case number, state and district in which your case is pending, and the Trustee assigned to your case. Your Social Security Number will not be visible to parties in interest, but they will be able to search for your bankruptcy case using your Social Security Number. Furthermore, your employer's name will not be displayed;

2)   Information regarding claims filed against your bankruptcy case including the identity of the claimant, the type of claim (e.g., priority taxes, secured, unsecured, etc.), and the amount of the claim;

3)   A history of all payments you make to the Chapter 13 Trustee in your bankruptcy case including the date and amount of each payment;

4)   A history of all disbursements made by the Chapter 13 Trustee in your bankruptcy case including the date of the disbursement, the payee, and the amount;

You may review, without charge, the information about your Chapter 13 bankruptcy case that is posted on the Internet. If you believe the information about your bankruptcy case is inaccurate, you can contact the NDC to report the error and you should receive a written response from the NDC within thirty (30) days following receipt of such report.

The URL address where your information is posted is www.ndc.org which is operated by the National Data Center, Inc., ("NDC").
You can contact the NDC at  866-938-3639.

**STATUS OF CASE G22-20814-JRS   THOMAS HAROLD NEWMAN**

 # TOOLS FOR SUCCESS

## GET EMAIL UPDATES AND REMINDERS ABOUT YOUR CASE



- You can receive updates and reminders about your Chapter 13 case via email.  Please provide your email address to our office at: **info@njwtrustee.com**  to begin receiving  emails from the Trustee.

- If you already receive emails from the Trustee and your email has changed, please update your email  by sending the new address to:  **info@njwtrustee.com**



## SIMPLIFY MONTHLY PAYMENTS:

## MAKE PAYMENTS ONLINE

Are your monthly plan payments deducted from your pay check?  If <u>NOT</u>, you have Options:

1. Talk to your lawyer about setting up an employer deduction order (EDO) and your payment can be sent directly to the Trustee.

2. Set up one time or recurring  monthly payments with **TFS** for online payments.  www.tfsbillpay.com

3. Make your monthly payment  each month with  the  Trustee's Epay portal.

For more about payment options  and  other helpful information for the Chapter bankruptcy process please visit  our **website :  https://www.njwtrustee.com** and  review  'DEBTOR RESOURCES'